No. 98–6416.  IN RE SEWARD;
No. 98–6469.  IN RE BEAZLEY;
No. 98–6470.  IN RE BURCH; and
No. 98–6489.  IN RE BALL.  Petitions for writs of habeas corpus denied.

No. 98–436.  ALDEN ET AL. *v.* MAINE.  Sup. Jud. Ct. Me.  Certiorari granted.

No. 97–1927.  HANLON ET AL. *v.* BERGER ET UX.  C. A. 9th Cir.; and
No. 98–83.  WILSON ET AL. *v.* LAYNE, DEPUTY UNITED STATES MARSHAL, ET AL.  C. A. 4th Cir.  Certiorari granted limited to the following questions: "1. Whether law enforcement officers violate the Fourth Amendment by allowing members of the news media to accompany them and to observe and record their execution of a warrant?  2. Whether, if this action violates the Fourth Amendment, the officers are nonetheless entitled to a defense of qualified immunity?"  Cases consolidated and a total of one hour allotted for oral argument.  Reported below: No. 97–1927, 129 F. 3d 505; No. 98–83, 141 F. 3d 111.

No. 98–5881.  LILLY *v.* VIRGINIA.  Sup. Ct. Va.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 97–1894.  SEAHORSE COASTAL ASSISTANCE & TOWING ET AL. *v.* FLEISCHMANN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–128.  MCNAMARA ET AL. *v.* CITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 98–163.  CITY OF IRVINE ET AL. *v.* NELSON ET AL., ON BEHALF OF THEMSELVES AND ON BEHALF OF OTHERS SIMILARLY SITUATED.  C. A. 9th Cir.  Certiorari denied.

No. 98–190.  HUFFINGTON *v.* NUTH, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.